UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
            :
VICTOR HAZAN,                                   :
            :
            Plaintiff,            :
            :      19-CV-6954 (JMF)
            -v-                                 :
            :      <u>ORDER</u>
UNUM GROUP,                                   :
            :
            Defendant.           :
            :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the parties' joint letter dated December 13, 2019, *see* ECF No. 17, by separate Order to be entered today, the Court is referring the case to Magistrate Judge Lehrburger for settlement purposes. The Court concludes that no other Court action is warranted at this time.

      SO ORDERED.

Dated: December 16, 2019
      New York, New York
                                                        JESSE M. FURMAN
                                                 United States District Judge