

**Andrew I. Hamelsky**

7 Times Square, Suite 2900 | New York, NY 10036-6524
Direct 212.368.7206 | Fax 201.368.7246
hamelskya@whiteandwilliams.com | whiteandwilliams.com

February 24, 2020

**By ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    **Re:    Hazan v. Unum Group**
             **Civil No.: 1:19-cv-06954**

Dear Judge Furman:

This office represents Defendant, Unum Group ("Unum") in this action. This letter is respectfully submitted to request an adjournment of the upcoming pre-trial conference, currently scheduled for March 4, 2020 at 2:45 p.m.

The parties just became aware of the new date of the conference today, by ECF Doc. No. 25. The reason for this request is that I will be attending a court-ordered mediation on March 4, 2020 and March 5, 2020 in the matter *St. Peter's University Hospital, Inc. v. Horizon Healthcare Services, Inc.*, Docket No. MID-C-192-15, before Retired Superior Court Judge Travis Francis in Morristown, New Jersey. Please note that I will also be out of state from March 15, 2020 through March 19, 2020. Therefore, I respectfully request that the pre-trial conference be adjourned as I am unable to attend on the currently scheduled date.

This is Unum's first request for an adjournment of the pre-trial conference. Counsel for plaintiff has consented to this request. There are no other currently scheduled appearances before Your Honor, however the parties are scheduled for a mediation before Magistrate Judge Lehrburger on March 2, 2020.

Application GRANTED. The conference is hereby ADJOURNED to **March 25, 2020** at **3:15 p.m.** The Clerk of Court is directed to terminate ECF No. 27. SO ORDERED.

February 24, 2020

Delaware | Massachusetts | New Jersey | New York | Pennsylvania | Rhode Island

24202451v.1

Respectfully submitted,
WHITE AND WILLIAMS LLP

Andrew I. Hamelsky

cc:

Eric Davis, Esq.
Jelani K. Asante, Esq.